IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CALVIN FLOURNOY, JR., #A0741136, | ) ) ) | CIVIL 06-00332 DAE-BMK |
| Petitioner, | ) ) | |
| vs. | ) ) | |
| J. PARKER, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 30, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition as Time-Barred," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 27, 2006.

_____
David Alan Ezra
United States District Judge

cc: all parties of record

Due for Adoption: November 15, 2006